UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stefen Cordell Allen Rice, | Case No. 24-CV-4113 (PJS/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Detective Peterson, Minneapolis Police Department; and Sheriff Jason Wonge, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Stefen Cordell Allen Rice's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **GRANTED**.

2. Mr. Rice must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Mr. Rice does not complete and return the Marshal Service Forms on or before **February 24, 2025**, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. The Clerk's Office will provide Marshal Service Forms to Mr. Rice.

3. After Mr. Rice returns the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from Defendants Peterson and Wonge, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a Defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that Defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in

all cases in which a Defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. Mr. Rice must pay the unpaid balance ($307.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Mr. Rice is confined.

Dated: January 23, 2025    *s/ Dulce J. Foster*
                           Dulce J. Foster
                           United States Magistrate Judge